## LEROY FOSTER v. STATE.

No. A-7891. Opinion Filed March 21, 1931.
(296 Pac. 1115).

Floyd Wheeler and J. C. Evans, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Leroy Foster, was convicted in the county court of Okmulgee county, on a charge of possession of intoxicating liquor and was sentenced to pay a fine of $500 and confinement in the county jail for a period of 180 days. No brief has been filed in support of the assignment of errors.

The evidence reasonably sustains the verdict and judgment. No new question is presented. No error requiring a reversal is made to appear.

The case is affirmed.